.

HOUSTON LAMAR HUTTO
88 MAG WILLIAMS RD
HEIDELBERG, MS 39439


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


GREENSKY
ATTN: BANKRUPTCY
5565 GLENRIDGE CONNECT
STE 700
ATLANTA, GA 30342

KEESLER FCU
ATTN: BANKRUPTCY
2602 PASS RD
BILOXI, MS 39531


KELSEY BROWNLEE
88 MAG WILLIAMS RD
HEIDELBERG, MS 39439


LOANCARE LLC
3637 SENTARA WAY
VIRGINIA BEACH, VA 23452


SUNBELT FEDERAL CU
ATTN: BANKRUPTCY
6885 US HWY 49
HATTIESBURG, MS 39402


WILKINSON LAW FIRM
51 KEYWOOD CIRCLE
FLOWOOD, MS 39232