# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50513  **Case Name:** Houston Lamar Hutto

**Set:** 06/20/2025 10:30 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2019 Chevrolet Camaro. ., Motion for Relief from Co-Debtor Stay as to Kelsey J. Hutto, Co-Debtor., in addition to Motion to Compel Abandonment .  Filed by Creditor Sunbelt Federal Credit Union (Attachments: # 1 Exhibit A & B)  (Dkt. #21)

Minute Entry Re: (related document(s): [21] Motion for Relief From Stay filed by Sunbelt Federal Credit Union) A no response order has been submitted by Henderson. Tickle for date: 06/27/2025. Hearing removed. (mcc)