United States Bankruptcy Court
Southern District of Mississippi

In re:  
Houston Lamar Hutto  
    Debtor

Case No. 25-50513-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2  
Date Rcvd: Jul 16, 2025     Form ID: n031     Total Noticed: 11

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Houston Lamar Hutto, Kelsey J. Hutto, 88 Mag Williams Rd, Heidelberg, MS 39439-3103 |
| 5496580 | + | Kelsey Brownlee, 88 Mag Williams Rd, Heidelberg, MS 39439-3103 |
| 5496583 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: member.solutions@sunbeltfcu.org | Jul 16 2025 19:32:00 | Sunbelt Federal Credit Union, 6885 US Highway 49, Hattiesburg, MS 39402-7807 |
| 5496578 | + | Email/Text: bankruptcy@greenskycredit.com | Jul 16 2025 19:32:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connect, Ste 700, Atlanta, GA 30342-4796 |
| 5517387 | | Email/Text: bankruptcy@greenskycredit.com | Jul 16 2025 19:32:00 | GreenSky Inc., P O Box 2730, Alpharetta, GA 30023-2730 |
| 5496579 | | Email/Text: melissa.martin@kfcu.org | Jul 16 2025 19:32:00 | KEESLER FEDERAL CREDIT UNION, P.O. BOX 7001, BILOXI, MS 39534-7001 |
| 5522194 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 16 2025 19:32:00 | Lakeview Loan Servicing, LLC, C/O LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5496581 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 16 2025 19:32:00 | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 5500031 | + | Email/Text: BKNC@rlselaw.com | Jul 16 2025 19:32:00 | Natalie Kareda Brown, Esq., Rubin Lublin, LLC, Atty for Lakeview Loan Servicing LLC, 3145 Avalon Ridge Place, Suite 100, Peachtree Corners, GA 30071-1570 |
| 5496582 | + | Email/Text: member.solutions@sunbeltfcu.org | Jul 16 2025 19:32:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 #3, Hattiesburg, MS 39402-7807 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 16, 2025 | Form ID: n031 | Total Noticed: 11 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2025      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anna Claire Henderson | on behalf of Creditor Sunbelt Federal Credit Union annaclaire@derekhendersonlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Derek A Henderson | on behalf of Creditor Sunbelt Federal Credit Union derek@derekhendersonlaw.com melissa@derekhendersonlaw.com |
| Natalie Kareda Brown | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Houston Lamar Hutto trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50513−KMS
**Chapter:** 13

**In re:**

Houston Lamar Hutto
88 Mag Williams Rd
Heidelberg, MS 39439

### Notice of Entry of Order Confirming Plan

The Court entered an Order on July 16, 2025 (Dkt. # 35 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
| --- | --- |
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: July 16, 2025                          Danny L. Miller, Clerk of Court